## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Eunice Kenney

    v.                                         No. 06-fp-020

Academy Collection Service, Inc.

### ORDER GRANTING REQUEST TO
### PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-020-JM**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:   January 24, 2006

cc:     Joanne T. Petito, Esq.